1  JEFFREY W. KRAMER (SBN 71547)
   Email:      jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email:      amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:  (310) 553-4441
5  Facsimile:  (310) 201-4746

6  Attorneys for Plaintiffs

JS-6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                      EASTERN DIVISION

11 BROADCAST MUSIC, INC.; MJ                  Case No. EDCV14-00949
   PUBLISHING TRUST D/B/A MIJAC
12 MUSIC; EMI LONGITUDE MUSIC;                [~~PROPOSED~~] ORDER RE
   SONY/ATV TREE PUBLISHING;                  REQUEST FOR DISMISSAL
13 UNIVERSAL – MILLHOUSE MUSIC, A
   DIVISION OF MAGNA SOUND CORP.;
14 BOCEPHUS MUSIC, INC.; T/Q MUSIC            Complaint Filed:  May 12, 2014
   D/B/A TRIO MUSIC COMPANY; FORT
15 KNOX MUSIC, INC.; WELSH WITCH
   MUSIC; INTERIOR MUSIC CORP;
16 SONY/ATV ACUFF ROSE MUSIC;
   CORAL REEFER MUSIC; SCREEN
17 GEMS-EMI MUSIC, INC.; ADULT
   MUSIC; SONY/ATV SONGS LLC; THE
18 BERNARD EDWARDS COMPANY LLC;
   RONDOR MUSIC INTERNATIONAL,
19 INC. D/B/A IRVING MUSIC;
   UNIVERSAL MUSIC MGB NA LLC
20 D/B/A UNIVERSAL MUSIC CAREERS;
   SURFACE PRETTY DEEP UGLY
21 MUSIC; NASHVILLE STAR MUSIC, A
   DIVISION OF REVEILLE MUSIC
22 PUBLISHING LLP; CARNIVAL MUSIC
   COMPANY D/B/A TILTAWHIRL
23 MUSIC; EMI BLACKWOOD MUSIC,
   INC.; LUCKY THUMB MUSIC; NOAH'S
24 LITTLE BOAT MUSIC; SEA GAYLE
   MUSIC LLC D/B/A NEW SONGS OF
25 SEA GAYLE; ELDEROTO MUSIC
   PUBLISHING; BIG GASSED HITTIES,
26
              Plaintiffs,
27       v.
   MEXICALLI BAR & GRILL, Inc. d/b/a
28 MEXICALLI BAR & GRILL: JOSE

**TroyGould
PC**

03202-0039 262061.2

| | |
|---|---|
| 1 | HECTOR GONZALEZ, LETICIA BERUMEN and MARIA GUADALUPE BERUMAN, each individually, |
| 2 | |
| 3 | Defendants. |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**TroyGould PC**

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL

03202-0039 262061.2

1 | Plaintiffs Broadcast Music, Inc.; MJ Publishing Trust d/b/a Mijac Music; Emi
2 | Longitude Music; Sony/ATV Tree Publishing; Universal – Millhouse Music, a
3 | Division Of Magna Sound Corp.; Bocephus Music, Inc.; T/Q Music d/b/a Trio Music
4 | Company; Fort Knox Music, Inc.; Welsh Witch Music; Interior Music Corp;
5 | Sony/ATV Acuff Rose Music; Coral Reefer Music; Screen Gems-Emi Music, Inc.;
6 | Adult Music; Sony/ATV Songs LLC; The Bernard Edwards Company LLC; Rondor
7 | Music International, Inc. d/b/a Irving Music; Universal Music Mgb NA LLC d/b/a
8 | Universal Music Careers; Surface Pretty Deep Ugly Music; Nashville Star Music, a
9 | Division Of Reveille Music Publishing LLP; Carnival Music Company d/b/a
10 | Tiltawhirl Music; Emi Blackwood Music, Inc.; Lucky Thumb Music; Noah's Little
11 | Boat Music; Sea Gayle Music LLC d/b/a New Songs Of Sea Gayle; Elderoto Music
12 | Publishing; Big Gassed Hitties (collectively, "Plaintiffs") filed a request for
13 | dismissal without prejudice.
14 | Good cause appearing therefor, IT IS HEREBY ORDERED:
15 | This action is hereby dismissed without prejudice, with the Court to retain
16 | jurisdiction over the settlement.
17 | Dated: December 11, 2014
18 | UNITED STATES MAGISTRATE JUDGE

**TroyGould PC**

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL

03202-0039 262061.2